IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EMERIC AMBRUS,

      Plaintiff,                      No. CIV S-08-0897 DAD

      v.

ANDY LANGER,                      <u>ORDER</u>

      Defendant.

_____/

      Defendant has filed a motion to dismiss plaintiff's complaint on the ground that the court lacks subject matter jurisdiction due to plaintiff's failure to exhaust administrative remedies. The motion shall be briefed as set forth in this order. The pro se plaintiff is cautioned that failure to file written opposition or a statement of no opposition to the motion may be deemed a waiver of opposition to the granting of the motion.

      On April 29, 2008, the Clerk of the Court issued the standard scheduling order, a separate order regarding consent, and a form entitled "Consent to Assignment or Request for Reassignment." The form allows a party to choose to consent to proceed before the assigned United States Magistrate Judge or, in the alternative, to request assignment of the case to a United States District Judge. The April 29, 2008 order regarding consent directs the parties to execute the form and return it to the Clerk of the Court within ninety days from the date the

1

action was filed. Defendant has already executed and filed the required form. To avoid delay in resolving the pending motion, the court finds it necessary to shorten the time previously granted for executing and filing the consent or reassignment form.

Accordingly, IT IS ORDERED that:

1. Plaintiff shall complete and file his Consent to Assignment or Request for Reassignment form on or before May 23, 2008;

2. Plaintiff's opposition or statement of no opposition to defendant's motion to dismiss shall be filed on or before June 6, 2008; and

3. Any reply by defendant shall be filed and served on or before June 20, 2008.

DATED: May 5, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/ambrus0897.mtd.brf