IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EMERIC AMBRUS,

     Plaintiff,                    No. CIV S-08-0897 JAM DAD PS

     vs.

ANDY LANGER,

     Defendant.               <u>ORDER</u>

_____/

         This action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 72-302(c)(15).

         On October 6, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

         The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

         1. The findings and recommendations filed October 6, 2009, are adopted in full;

/////

1

1     2.  Defendant's May 1, 2008 motion to dismiss for lack of jurisdiction (Doc. No.
2 5) is granted; and
3     3.  This action is dismissed without prejudice.
4 DATED:   November 24, 2009

6                                         /s/ John A. Mendez
7                                         UNITED STATES DISTRICT JUDGE